In the Matter of JOHN PARK, Respondent, v JOHN A. KAPICA et al., Appellants.

Submitted January 2, 2007; decided January 9, 2007

Motion by New York State Conference of Mayors and Municipal Officials for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

In the Matter of JOHN PARK, Appellant, v JOHN A. KAPICA et al., Respondents.

Submitted January 2, 2007; decided January 9, 2007

Motion by New York State Conference of Mayors and Municipal Officials for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

ERIC PARKER, Appellant, v MOBIL OIL CORPORATION et al., Respondents. (And Third-Party Actions.)

Submitted December 4, 2006; decided January 9, 2007

Motion for reargument denied [*see* 7 NY3d 434].

RYSZARD PILCH, Appellant, v BOARD OF EDUCATION OF CITY OF NEW YORK et al., Respondents.

Submitted November 13, 2006; decided January 9, 2007

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).